General Complaint

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
AUG 16 2017
BY
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

Patricia Tolbert

Case Number : 9:17cv149

List the full name of each plaintiff in this action.

VS.

ResCare, Inc
Onex Rescare Holding Corp
Ralph G. Gronefeld Jr

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary. See Attachment

I. ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A. In the preparation of this suit, I have attempted to secure the aid of an attorney as follows: (circle one)

1. Employ Counsel (circled)
2. Court - Appointed Counsel
3. Lawyer Referral Service of the State Bar of Texas, P. O. Box 12487, Austin, Texas 78711.

B. List the name(s) and address(es) of the attorney(s):

Moore + Associates
440 Louisiana St
Suite 675
Houston, TX 77002
713-222-6775

Defendants
Attachment

Deena Ombres
Jon Rousseau
Patricia King

C. Results of the conference with counsel:

_______________________________________________

COST WAS ISSUE

_______________________________________________

II. List previous lawsuits:

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents? ______Yes ✓ No

B. If your answer to "A" is "yes", describe the lawsuit in the space below. If there is more than one lawsuit, attach a separate piece of paper describing each.

1. Approximate file date of lawsuit: ______________________

2. Parties to previous lawsuit(s):

Plaintiff ______________________

Defendant ______________________

Attach a separate piece of paper for additional plaintiffs or defendants.

3. Identify the court the lawsuit was filed. If federal, name the district. If state, name the county.

_______________________________________________

4. Docket number in other court. ______________________

5. Name of judge to whom the case was assigned.

______________________

6. Disposition: Was the case dismissed, appealed or still pending?

_______________________________________________

7. Approximate date of disposition. ______________________

III. Parties to this suit:

A. List the full name and address of each plaintiff:

Pla #1 Patricia Tolbert
1465 Edgewood Cir
Lufkin, Tx 75904

Pla #2 ______________________

B. List the full name of each defendant, their official position, place of employment and full mailing address.

Dft #1: Ralph G. Gronefeld Jr
ResCare, Inc
CEO

Dft #2: Deena Ombres
ResCare, Inc

Dft #3 Jon Rousseau
ResCare, Inc

Attach a separate sheet for additional parties.

Patricia King
ResCare, Inc

On May 17, 2017 I Patricia Tolbert QIDP Supervisor met with Assist ED Director Patricia King to discuss Site Supervising employee's on call time sheets and what I believed to be inconsistencies of actual time worked. I informed Mrs. King of the following:

- The on call Site Supervisors were recording hours that they did not physically work
- The employees questioned all stated she authorized the time.
- The weekend employees scheduled to work at the Westside, White Dove, and Stecher homes that are under my leadership are all working as scheduled without on call Site Supervising assistance as they are recording.

Mrs. King informed me that due to the fact that the pay is so low based for the Sites on call they are permitted to receive on call pay just for being on call. Mrs. King stated that as long as the corporate office doesn't suspect anything she won't worry. I informed Mrs. King that signing timesheets that are falsified is time stealing and I informed her that if she authorized the time then she should be signing because asking me to sign as QIDP is unethical. Mrs. King informed me that for years she has signed off on the Palestine employees and have never been questioned for her actions by the corporate office. On May 18, 2017 the next dayI was call into the Office and dismiss from my work duties I believe this to be Retaliation for not falsifying timesheets.Falsification of timesheets in the workplace is a very serious offense under the Law. ResCare, Inc terminated me for refusing to sign falsified time sheets this is retaliation.

IV: Statement of Claim:

State as briefly as possible the fact of your case. Describe how each defendant is involved. Include the names of other persons involved with dates and places. Do not give any legal arguments or cite cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need, attaching additional pages if necessary.

V. Relief: State Briefly exactly what you want the court to do for you. Make no legal arguments and do not cite cases or statutes. Attach additional pages if necessary.

__________________________________________________________

__________________________________________________________

__________________________________________________________

__________________________________________________________

__________________________________________________________

__________________________________________________________

__________________________________________________________

Signed this ________________ day of ____________________________, 20 ________.
(Month) (Year)

________________________________

________________________________

________________________________

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: __________________________
Date

________________________________

________________________________

Patrice Tolbert

________________________________
Signature of each plaintiff