# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | | |
|---|---|---|
| PATRICIA TOLBERT | § | |
| | § | CIVIL ACTION NO. 9:17-cv-149 |
| v. | § | |
| | § | |
| RESCARE, INC., et al. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

This case is assigned to the Honorable Zack Hawthorn, United States Magistrate Judge, for pre-trial management. On October 2, 2017, Judge Hawthorn entered a report (Doc. No. 6) recommending the Plaintiff's complaint should be dismissed without prejudice for want of prosecution. No objections have been filed to the magistrate judge's report and recommendation, and the time for doing so has passed.

It is, therefore, **ORDERED** that the magistrate judge's "Report and Recommendation" (Doc. No. 6) is **ADOPTED**, and the Plaintiff's complaint is **DISMISSED** without prejudice.

**So Ordered and Signed**
Nov 2, 2017

_____
Ron Clark, United States District Judge